| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Brown, Wesley E | 2. Court or Organization District of Kansas | 3. Date of Report 5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Senior Judge | 5. ReportType (check appropriate type) ( ) Nomination,   Date   4/4/1962 ( ) Initial   (●) Annual   ( ) Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 414 U. S. Courthouse 401 North Market Street Wichita, Kansas 67202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

✔ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED May 24 10 31 AM '04

COPY

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

✔ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✔ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

✔ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Wesley E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Intrust Bank (checking) | A | Interest | L | T | | | | | |
| 2. Veterans Administration Insurance | A | Dividend | K | T | | | | | |
| 3. | | | | | sold | 04-10 | L | | |
| 4. SEI Tax Exempt Inter. | D | Interest | M | T | | | | | |
| 5. Amer. Ind. Tax Ex. Bond Fund | E | Interest | O | T | | | | | |
| 6. Federated Money Market Fund | A | Interest | K | T | | | | | |
| 7. Anadarko Petroleum Corp., APC | A | Dividend | J | T | | | | | |
| 8. Bank Of America Corp., BAC | A | Dividend | J | T | | | | | |
| 9. Caterpillar Inc., CAT | A | Dividend | J | T | | | | | |
| 10. Chubb Corp., CB | A | Dividend | J | T | | | | | |
| 11. CitiGroup Inc., C | A | Dividend | J | T | | | | | |
| 12. Electronic Data Systems Corp., EDS | A | Dividend | J | T | | | | | |
| 13. Fannie Mae, FNM | A | Dividend | J | T | | | | | |
| 14. General Electric Co, GE | A | Dividend | J | T | | | | | |
| 15. Hewlett Packard Co., HPQ | A | Dividend | J | T | | | | | |
| 16. JP Morgan Chase, JPM | A | Dividend | J | T | | | | | |
| 17. Microsoft Corp., MSFT | A | Dividend | J | T | | | | | |
| 18. Schlumberger Ltd., SLB | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Wesley E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Century Ultra, TWCUX | | | J | T | | | | | |
| 20. American Ind Stock FD INSTL, ISISX | A | Dividend | K | T | | | | | |
| 21. American Ind Intl Mlrmgtr, IMSSX | A | Dividend | J | T | | | | | |
| 22. Federated Max-Cap Index, FISPX | A | Dividend | J | T | | | | | |
| 23. Franklin Small-Mid CP, FRSGX | | | J | T | | | | | |
| 24. Pimco CCM Emerging Companies ADM, PMGAX | | | J | T | | | | | |
| 25. Associates Corp NA DTD | A | Interest | J | T | | | | | |
| 26. Bank One Corp DTD | A | Interest | J | T | | | | | |
| 27. Federal Home Loan Mortgate Corp FC | A | Interest | K | T | | | | | |
| 28. Ferderal National Mortgage ASSN DTD | A | Interest | J | T | | | | | |
| 29. Federal National Mortgage ASSN DTD | A | Interest | J | T | | | | | |
| 30. Federal National Mortgage ASSN DTD | A | Interest | J | T | | | | | |
| 31. Household Finance Corp DTD | A | Interest | J | T | | | | | |
| 32. International Business Machines DTD | A | Interest | J | T | | | | | |
| 33. US Treasury BD Stripped DTD | | | J | T | | | | | |
| 34. US Treasury Bond DTD | A | Interest | J | T | | | | | |
| 35. US Treasury Note DTD | A | Interest | J | T | | | | | |
| 36. AIM Tax Exempt Funds Inc Tax Free Intermediate Fund CL A3 | | | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. American IND KS T/E BD FD Instl Class #04 | C | Interest | L | T | | | | | |
| 38. Federated Municipal Obligations Fund-IS #852 | A | Interest | J | T | | | | | |
| 39. FHLMC Pool #G01228 DTD | A | Interest | J | T | | | | | |
| 40. FHLMC Pool #G01381 DTD | A | Interest | J | T | | | | | |
| 41. FHLMC Pool #C59271 DTD | A | Interest | J | T | | | | | |
| 42. FNMA Pool #253889 DTD | A | Interest | J | T | | | | | |
| 43. FNMA Pool #535740 DTD | A | Interest | J | T | | | | | |
| 44. FNMA Pool #576242 DTD | A | Interest | J | T | | | | | |
| 45. FNMA Pool #580166 DTD | A | Interest | J | T | | | | | |
| 46. FNMA Pool #606556 DTD | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

In Section VII, the items beginning with Anadarko Petroleum Corp through the end are new additions to the report. All are a part of ███████ trust. They have not been reported in previous years.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

· Signatu             Date 5/14/04.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544